32 So.2d 177

### CITY OF GADSDEN v. Virden McNEELY.

7 Div. 903.

Court of Appeals of Alabama.
June 30, 1947.

W. G. Rains, of Gadsden, for appellant.

Roberts, Cunningham & Hawkins, of Gadsden, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.

30 So.2d 909

### CITY OF GADSDEN v. Roy MOORE.

7 Div. 902.

Court of Appeals of Alabama.
June 10, 1947.

Rains & Rains, of Gadsden, for appellant.

Roberts, Cunningham & Hawkins, of Gadsden, for appellee.

HARWOOD, Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So. 2d 908.

30 So.2d 909

### CITY OF GADSDEN v. Willie SALVADORE.

7 Div. 901.

Court of Appeals of Alabama.
June 10, 1947.

Rains & Rains, of Gadsden, for appellant.

Roberts, Cunningham & Hawkins, of Gadsden, for appellee.

CARR, Judge.

Appeal dismissed on authority of City. of Gadsden v. Haynie, ante, p. 159, 30 So. 2d 908.

32 So.2d 177

### CITY OF GADSDEN v. Willie V. WHEELING.

7 Div. 891.

Court of Appeals of Alabama.
June 30, 1947.

W. G. Rains, of Gadsden, for appellant.

Roberts, Cunningham & Hawkins, of Gadsden, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.

33 So.2d 274

### George Leonard COBB v. STATE.

1 Div. 563.

Court of Appeals of Alabama.
Dec. 1, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.